UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SANDRA VALDEZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　　　Defendant. | Case No. 2:16-cv-02160-JAD-PAL<br><br>ORDER |

This matter is before the court on Plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed (ECF No. 1) to federal district court September 14, 2016. Defendatn filed an Answer (ECF No. 2) September 14, 2016. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Plaintiff has failed to comply. Accordingly,

**IT IS ORDERED** that Plaintiff shall file her certificate of interested parties, which fully complies with LR 7.1-1 **no later than October 14, 2016**. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 30th day of September, 2016.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE